IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:25CR267-1 |
| | ) | |
| JOSHUA LAMONTE ROBERTS, JR. | ) | |

**ORDER**

    This case is before the court on the Defendant's motion to continue the trial schedule from the January 2026 Criminal Term of Court to the February 2026 Criminal Term of Court. (Doc. 22.) The Defendant notes that the Government does not object.

    For the reasons stated in the motion, the court finds that such a continuance is necessary due to the unavailability of counsel and in order for counsel for the Defendant to have adequate time in which to review and evaluate relevant discovery, and to prepare for trial. Counsel for the Government does not oppose the Defendant's requested continuance. The court finds that the Defendant has waived the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

    The court, therefore, concludes that the failure to grant the Defendant's motion to continue would likely result in a miscarriage of justice by denying counsel for Defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, the ends of justice served by granting the continuance in this matter outweigh the best interests of the public and the Defendant in a speedy trial.

IT IS THEREFORE ORDERED that this matter is continued until the February 2026 Criminal Term of Court and will be set for jury trial on Tuesday, February 17, 2026 at 9:30 a.m. in Winston-Salem, Courtroom 1.

IT IS FURTHER ORDERED that the Defendant comply with the deadlines contained in the scheduling order that governs the February 2026 Criminal Term of Court.

IT IS FURTHER ORDERED that the period from December 2, 2025, up to and including February 17, 2026, is hereby excluded from the provisions of 18 U.S.C. § 3161, et seq., pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

       /s/   Thomas D. Schroeder
       United States District Judge

December 2, 2025